UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MILDRED STASKIEWICZ,<br><br>                Plaintiff,<br><br>               v.<br><br>JPMORGAN CHASE, CHASE BANK, ABC CORPORATION 1-10, JOHN DOE 1-10 (yet unidentified owner(s), operator(s), lessor(s), lessee(s), of premise commonly known as 475 Main Street, Metuchen, New Jersey, and the snow removal/amelioration contractor therefore),<br><br>                Defendants. | Civil Action No. 11-4049 (SDW)(MCA)<br><br>**ORDER**<br><br>December 5, 2011 |

**ORDER ADOPTING THE REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE**

This matter comes before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Madeline C. Arleo filed on November 7, 2011, regarding Plaintiff Mildred Staskiewicz's motion to remand the pending action to state court. No objections have been filed.[1]

The Court has reviewed the R&R, the briefs and the other documents on file in this matter. Based on the foregoing, and for good cause shown,

**IT IS** on this 5th day of December 2011,

**ORDERED** that Magistrate Judge Arleo's R&R filed on November 7, 2011, is **ADOPTED** by this Court in its entirety.

---

[1] Objections were due by November 21, 2011.

                                      <u>s/ Susan D. Wigenton, U.S.D.J.</u>

cc:    Magistrate Judge Madeline C. Arleo